JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 5:20-CV-02596-JGB(SPx) |
| Plaintiff, | **ORDER** |
| vs. | |
| PALM DESERT LODGING LLC, | |
| Defendant. | |

On Joint Motion and good cause shown,

IT IS HEREBY ORDERED dismissing the above case with prejudice; each party to bear their own costs and fees.

DATED this 5th day of March, 2021.

_____
Hon. Jesus G. Bernal,
Judge of the U.S. District Court